# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 550 EAL 2019
                               :
           Petitioner            :
                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court
           v.                      :
                               :
                               :
CARLOS PEREZ,                 :
                               :
           Respondent          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of March, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Did the Superior Court misapply the standard for the evidentiary sufficiency of the Commonwealth's *prima facie* case, as set forth by this Court in *Commonwealth v. Karetny*, 880 A.2d 505, 528 (Pa. 2005) and *Commonwealth v. Huggins*, 836 A.2d 862, 866 (Pa. 2003), effectively ruling that inferences may be drawn from the evidence in favor of defendant[s] at the preliminary hearing stage of a criminal proceeding and raising the burden of proof borne by the Commonwealth?